AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 11 2019

CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

Peter Strojnik, Sr.

*Plaintiff(s)*

v.

Singpoli Group, LLC dba DusitD2 Hotel Constance Pasadena

*Defendant(s)*

Civil Action No. SACV19-66-JLS (AGR)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Singpoli Group, LLC dba DusitD2 Hotel Constance Pasadena
c/o- Statutory Agent: Phillip Y. Kim
25 E. Foothill Blvd.
Arcadia, CA 91006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter Strojnik
2375 E. Camelback Rd. Suite 600
Phoenix, AZ 85016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1-3-19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

1149

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SINGPOLI GROUP, LLC DBA DUSITD2 HOTEL CONSTANCE PASADENA
was received by me on *(date)* 1/7/19 .

☒ I personally served the summons on the individual at *(place)* 25 E. FOOTHILL BLVD. ARCADIA, CA 91006
on *(date)* 1/8/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PHILLIP Y. KIM , who is
designated by law to accept service of process on behalf of *(name of organization)*
SINGPOLI GROUP, LLC DBA DUSITD2 HOTEL CONSTANCE PASADENA on *(date)* 1/8/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 65 for services, for a total of $ 65.00 0.00

I declare under penalty of perjury that this information is true.

Date: 1/8/19

*Hovig Meguerditchian*
Server's signature

HOVIG MEGUERDITCHIAN
Printed name and title
230 E. FOOTHILL BLVD.
ARCADIA, CA 91006
L.A. COUNTY RPS #2016016397
Server's address

Additional information regarding attempted service, etc:

Peter Strojnik
2375 E. Camelback Road, Ste 600
Phoenix, Arizona 85016

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 14 2019
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

US District Court Central District of
California Clerk's Office
255 E. Temple Street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 11 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

PHOENIX AZ 852
9 JAN 2019 PM 3 L

