Peter Strojnik, Sr.
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ps@strojnik.com
Pro Per

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Peter Strojnik Sr., <br><br> Plaintiff, <br><br> vs. <br><br> Singpoli Group, LLC <br><br> Defendant. | Case No: 2:19-CV-00066-JLS-AGR <br><br> **RESPONSE TO Doc 12 OSC** |

Defendants have been served with the ADA packet, please see attached proof of service which was filed on January 11, 2019. Plaintiff failed to comply with the Court's order due to the unfamiliarity with the requirements of the Central District rules. Plaintiff has now complied with the Court's rules and hopes the Court is able to accept this compliance.

RESPECTFULLY SUBMITTED this 1st day of February 2019.

*/s/ Peter Strojnik*

Peter Strojnik, Sr.
Pro Per

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Central District of California

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 11 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Peter Strojnik, Sr.

*Plaintiff(s)*

v.

Singpoli Group, LLC dba DusitD2 Hotel Constance Pasadena

*Defendant(s)*

Civil Action No. SACV19-66-JLS (AGR)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Singpoli Group, LLC dba DusitD2 Hotel Constance Pasadena
c/o- Statutory Agent: Phillip Y. Kim
25 E. Foothill Blvd.
Arcadia, CA 91006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter Strojnik
2375 E. Camelback Rd. Suite 600
Phoenix, AZ 85016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-3-19

*Signature of Clerk or Deputy Clerk*

1149

Case 2:19-cv-00066-JLS-AGR Document 13 Filed 02/06/19 Page 3 of 7 Page ID #:85
Case 2:19-cv-00066-JLS-AGR Document 8 Filed 01/11/19 Page 2 of 3 Page ID #:64

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SINGPOLI GROUP, LLC DBA DUSITD2 HOTEL CONSTANCE PASADENA
was received by me on *(date)* 1/7/19 .

☒ I personally served the summons on the individual at *(place)* 25 E. FOOTHILL BLVD. ARCADIA, CA 91006
on *(date)* 1/8/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PHILLIP Y. KIM , who is
designated by law to accept service of process on behalf of *(name of organization)*
SINGPOLI GROUP, LLC DBA DUSITD2 HOTEL CONSTANCE PASADENA on *(date)* 1/8/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 65 for services, for a total of $ 65.00 0.00

I declare under penalty of perjury that this information is true.

Date: 1/8/19

*Hovig Meguerditchian*
*Server's signature*

HOVIG MEGUERDITCHIAN
*Printed name and title*
230 E. FOOTHILL BLVD.
ARCADIA, CA 91006
L.A. COUNTY RPS #2016016397
*Server's address*

Additional information regarding attempted service, etc:

Peter Strojnik
2375 E. Camelback Road, Ste 600
Phoenix, Arizona 85016

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 14 2019
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION  BY DEPUTY

US District Court Central District of
California Clerk's Office
255 E. Temple Street
Los Angeles, CA 90012

90012-333432

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 11 2019
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

PHOENIX AZ 852
JAN 2019 PM 3 1



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:19-cv-00066-JLS-AGR             Date: January 25, 2019
Title: Peter Strojnik Sr. v. Singpoli Group, LLC

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC") REGARDING SERVICE OF ADA NOTICE**

On January 8, 2019, the Court issued a Notice to Parties: ADA Disability Access Litigation that ordered Plaintiff to serve three documents on the defendants(s) within a specified time period. (*See* Doc. 7). The Court also ordered Plaintiff to file a proof of service indicating that the Notice to Parties, the Application to Stay, and the [Proposed] Order Granting Application to Stay (collectively, the "ADA packet") were served on Plaintiff. (*Id.*) The deadline for service and the filing of proof of service has passed, and Plaintiff has failed to comply with the Court's Order to file proof of service of these documents.

Unless excused, failure to obey the Court's Order requiring service of the ADA packet will result in dismissal pursuant to Federal Rule of Civil Procedure 41(b). Rule 41(b) authorizes dismissal of an action where "the plaintiff fails to prosecute or to comply with these rules or a court order." *Id.* Although the language of Rule 41(b) contemplates dismissal upon motion by the defendant, the Court's inherent power allows it to dismiss *sua sponte* under Rule 41(b). *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-31 (1962); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005).

Accordingly, the Court ORDERS as follows:

> (1) Within ten days of the entry of this Order, Plaintiff shall serve on Defendants the ADA packet referenced above.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:19-cv-00066-JLS-AGR                                Date: January 25, 2019
Title: Peter Strojnik Sr. v. Singpoli Group, LLC

(2) Within ten days of the entry of this Order, Plaintiff shall file the required proof of service referenced above.

(3) Within ten days of the entry of this Order, Plaintiff shall file a separate response to this OSC, setting forth the reason(s) for the failure to comply with the Court's Order.

Failure to comply with any of the Orders enumerated above will result in dismissal of the present action pursuant to Rule 41(b).

Repeated failures to comply with this Court's Orders, may result in dismissal of an action with prejudice, imposition of monetary sanctions, and/or a finding of civil contempt.

**IT IS SO ORDERED.**

Initials of Preparer: tg



Peter Strojnik
2375 E. Camelback Road, Ste 600
Phoenix, Arizona 85016

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

Ronald Reagan Federal Building and United States Courthouse, Clerk office
411 W. Fourth Street
Courtroom 10A, 10th Floor
Santa Ana, CA, 92701