```
1  Peter Strojnik, Sr.
2  2375 East Camelback Road Suite 600
   Phoenix, Arizona 85016
3  Telephone: (602) 524-6602
   ps@strojnik.com
4  Pro Per
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik Sr., <br><br> Plaintiff, <br><br> vs. <br><br> Singpoli Group, LLC <br><br> Defendant. | Case No: 2:19-CV-00066-JLS-AGR <br><br> **MOTION TO RECONSIDER FEBRUARY 14, 2019 ORDER DISMISSING CASE WITH PREJUDICE** |

Defendant has now been served with relevant documents and no prejudice can result from the late service. In addition, the Court has not identified any circumstances that clearly satisfy the standard announced by the 9th Circuir Court of Appeals in *United States v. Nat. Med. Enters., Inc.*, 792 F.2d 906, 912 (9th Cir. 1986)"The sanction of dismissal should be imposed only in extreme circumstances [where] deceptive conduct is willful, in bad faith, or relates to matters in controversy in such a way as to interfere with the rightful decision of the case."

See appendix A.

RESPECTFULLY SUBMITTED this 28th day of February 2018.

Peter Strojnik, Sr.
Pro Per

Mailed this 28th day of February, 2019, to the District Court and e-mailed to Phillip Kim, counsel for Defense.

APPENDIX A

## Strojnik v. Singpoli  

**Peter Strojnik** <ps@strojnik.c...  6:21 PM (5 minutes ago)  
to Phillip

Hi, Phlip. As you know, the Court dismissed the matter with prejudice for failure to serve you with the ADA packet which I do now. See attached. I will first file a Motion to Reconsider and then appeal.

As you know, "The sanction of dismissal should be imposed only in extreme circumstances [where] deceptive conduct is willful, in bad faith, or relates to the matters in controversy in such a way as to interfere with the rightful decision of the case." *United States v. Nat. Med. Enters., Inc.*, 792 F.2d 906, 912 (9th Cir. 1986). The judge does not point to any "deceptive" conduct so I believe the dismissal with prejudice will be vacated.

I will then file another complaint. I regret that it has come to this.

--

Cordially,



Peter Strojnik
STROJNIK
7847 N. Central Ave.
Phoenix, AZ 85020
Telephone: 602-524-6602
e-mail ps@strojnik.com
Twitter: @strojnikpeter

2

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

**3 Attachments**

- Doc 5- Notice to pa...
- Doc 6- Initial Stand...
- Doc 7- Notice to P...



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR - 6 2019

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

Ronald Reagan Federal Building and United
States Courthouse, Clerk office
411 W. Fourth Street
Santa Ana, CA, 92701

Peter Strojnik
2375 E. Camelback Road, Ste 600
Phoenix, Arizona 85016