# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik, Sr., <br><br> PLAINTIFF(S) <br><br> v. <br><br> Singpoli Group, LLC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:19-cv-00066-JLS-AGR <br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 3/6/19 | / | 15 | / | Motion to Reconsider |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |

| | / | | / | |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☑ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: Prior to filing any motion, counsel are required to view the Court's Closed Motion Dates found under Judges' Procedures and Schedules on the Court's web site. Motion should be noticed for the first available date at 10:30 a.m.

Dated: March 8, 2019          By: JOSEPHINE L. STATON
                                                   U.S. District Judge

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)          ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)