Fee Due

Peter Strojnik, Sr.
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ps@strojnik.com
Pro Per

MAR 14 2019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Peter Strojnik Sr.,

          Plaintiff,

vs.

Singpoli Group, LLC

          Defendant.

Case No: 2:19-CV-00066-JLS-AGR

**NOTICE OF APPEAL**

Please take notice that Plaintiff appeals the Court's dismissal of this action.

RESPECTFULLY SUBMITTED this 12th day of March 2019.

_____
Peter Strojnik, Sr.
Pro Per

Mailed this 12th day of March, 2019, to the District Court for the Central District of California
And
e-mailed to Phillip Kim, counsel for Defense.
/s/





Peter Strojnik
2375 E. Camelback Road, Ste 600
Phoenix, Arizona 85016

Ronald Reagan Federal Building and United States Courthouse, Clerk office
411 W. Fourth Street
Santa Ana, CA, 92701

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 1 4 2019

92701-45099